AO 91 (Rev 8/01) Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

McAllen Division

| UNITED STATES OF AMERICA | |
|---|---|
| V. | CRIMINAL COMPLAINT |
| Rosalva ARCADIA | Case Number: M-19-2912-M |
| 213 455 646   AKA: | |
| YOB: 1975 | |
| COC: Mexico | |

Name and Address of Defendant

United States District Court
Southern District Of Texas
FILED
NOV 29 2019
David J. Bradley, Clerk

I the undersigned complainant, state the following is true and correct to the best of my knowledge and belief. On or about __November 28, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__ defendant(s) did,

knowing or in reckless disregard of the fact that an alien has come to, entered, or remain in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law and conspired to bring alien to the United States disregarding any official action which may later be taken to such alien,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii) & 1324(a)(1)(A)(v)__
I further state that I am a(n) __Customs and Border Protection Officer__ and that this complaint is based on the following facts:

The defendant, a United States citizen and driver of the vehicle, attempted to bring illegally into the United States through the Hidalgo Port of Entry Eric Flores (hereinafter FLORES), a Mexican citizen, as a United States citizen. At primary, the defendant claimed that FLORES was her son and a United States citizen. As proof the defendant presented a United States Passport bearing the name Jonas Bertolini Arcadia, belonging to her true son. They were referred into secondary for further inspection.

In secondary, The defendant was read her miranda rights and requested to have an attorney present and declined to provide any statement. FLORES was held as a material witness.

Upon further inspection, FLORES admitted that he was not a United States citizen but rather a citizen of Mexico and does not know the defendant. He went on to say that his biological father, whom is living in Mississippi, had made the arrangements for the defendant to bring him into the United States illegally. He stated he was picked up at the plaza in Reynosa, Tamaulipas, Mexico by the defendant. He stated that the defendant was to transport him to his fathers residence in Mississippi.

Database queries revealed he did not have any legal status to enter the United States.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

Sworn to before me and subscribed in my presence,

Signature of Complainant
**Approved By:** **Bobby Lopez**
S. DIPIAZZA
DiPiazza

Carissa Villagomez
Printed Name of Complainant

**November 29, 2019** at **McAllen, Texas**
Date                                                    City and State
**J. Scott Hacker**
**U.S. Magistrate Judge**
Name and Title of Judicial Officer                Signature of Judicial Officer